1   STEVEN G. KALAR
    Federal Public Defender
2   CYNTHIA C. LIE
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA 95113
4   Telephone: (408) 291-7753

5   Counsel for Defendant DAO

7                   IN THE UNITED STATES DISTRICT COURT

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                              SAN JOSE DIVISION

10  UNITED STATES OF AMERICA,        )   No. CR-13-00580 RMW
                                     )
11              Plaintiff,            )   STIPULATION TO VACATE BRIEFING
                                     )   SCHEDULE, CONTINUE STATUS
12  vs.                              )   HEARING AND EXCLUDE TIME
                                     )
13  TRI MINH DAO,                    )
                                     )
14              Defendant.            )
                                     )

16       Defendant Tri Minh Dao and the government hereby stipulate and agree that the status

17  hearing currently scheduled for Monday, June 9, 2014, may be continued to Monday, August 11,

18  2014, at 9:00 a.m., and that the briefing schedule for pretrial motions be vacated.  The reasons

19  for the requested continuance are as follows: (1) discovery relevant to an anticipated motion to

20  suppress evidence is still to be produced, an issue that should be resolved before the motion is

21  filed; (2) the parties are continuing their settlement discussions in an effort to reach a disposition

22  that might obviate the need for pretrial litigation, (3) counsel for both parties are set for trial in

23  early July in an unrelated matter, and government counsel has another unrelated trial in the

24  interim.

25  / / /

26  / / /

1  Accordingly, the parties stipulate that the time through and including August 11, 2014,
2  may be excluded from the time within which trial shall commence as the reasonable time
3  necessary for the effective preparation and continuity of counsel and for the ongoing discussions
4  of a possible disposition, pursuant to Title 18, United States Code Section 3161(h)(7)(A) and
5  (h)(7)(B)(iv).

7  Dated: June 6, 2014

8  s/_____
   CASEY O'NEILL
9  Special Assistant United States Attorney

10 Dated: June 6, 2014

11 s/_____
   CYNTHIA C. LIE
12 Assistant Federal Public Defender

1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-13-00580 RMW |
| | ) | |
| Plaintiff, | ) | [] ORDER TO VACATE |
| | ) | BRIEFING SCHEDULE, CONTINUE |
| vs. | ) | HEARING AND EXCLUDE TIME UNDER |
| | ) | THE SPEEDY TRIAL ACT |
| TRI MINH DAO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing currently scheduled for Monday, June 9, 2014, shall be continued to Monday, August 11, 2014, at 9:00 a.m.

It is further ordered that the briefing schedule for the defendant's motion to suppress evidence under the Fourth Amendment shall be vacated, pending the August 11, 2014, hearing date.

It is further ordered that the time through and including August 11, 2014, shall be excluded from the computation of time within which trial shall commence under the Speedy

[] Order to Adjust Briefing and Hearing
Schedules
CR 13-00580 RMW                                     1

1  Trial Act, as the reasonable time necessary for effective preparation and continuity of counsel,

2  pursuant to Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

3      It is so ordered.

4

5  Dated: June ͡____, 2014

6                           HON. RONALD M. WHYTE
                         United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[] Order to Adjust Briefing and Hearing
Schedules
CR 13-00580 RMW                       2