1  STEVEN G. KALAR
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  55 South Market Street
   Suite 820
4  San Jose, CA 95113
   Telephone: (408) 291-7753
5
   Counsel for Defendant DAO
6

7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
    UNITED STATES OF AMERICA,            )   No. CR-13-00580 RMW
11                                        )
                  Plaintiff,              )   STIPULATION TO CONTINUE STATUS
12                                        )   HEARING AND [] ORDER
    vs.                                   )
13                                        )
    TRI MINH DAO,                         )
14                                        )
                  Defendant.              )
15  _____)

16      Defendant Tri Minh Dao and the government hereby stipulate and agree that the status

17 hearing currently scheduled for Monday, January 12, 2015, may be continued to Monday,

18 February 23, 2015, at 9:00 a.m.

19      The reasons for the requested continuance are that the case is to be assigned to another

20 AFPD who will need time to prepare and that government counsel has a previously unanticipated

21 scheduling conflict.

22      Accordingly, the parties stipulate that the time through and including February 23, 2015,

23 may be excluded from the time within which trial shall commence as the reasonable time

24 ///

25 ///

26

Stipulation to Continue Status Hearing and
Proposed Order
CR-13-00580 RMW                                    1

necessary for the effective preparation and continuity of counsel pursuant to Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: January 7, 2015

                                                                       s/_____
                                                                        GARY FRY
                                                                        United States Attorney

Dated: January 7, 2015

                                                                      s/_____
                                                                        CYNTHIA C. LIE
                                                                        Assistant Federal Public Defender

                                                                 [] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing currently scheduled for Monday, January 12, 2015, shall be continued to Monday, February 23, 2015, at 9:00 a.m.

It is further ordered that the time through and including February 23, 2015, shall be excluded from the computation of time within which trial shall commence under the Speedy Trial Act, as the reasonable time necessary for effective preparation and continuity of counsel, pursuant to Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

It is so Ordered.

Dated: January __J__, 2015

                                                  _____
                                                HON. RONALD M. WHYTE
                                                United States District Judge