1  STEVEN G. KALAR
   Federal Public Defender
2  RITA BOSWORTH
   Assistant Federal Public Defender
3  55 South Market Street, Suite 820
   San Jose, CA  95113
4  Telephone: (408) 291-7753
   rita_bosworth@fd.org
5
   Counsel for Defendant,
6  TRI MINH DAO

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,       )   No. CR 13-00580 RMW
                                    )
                  Plaintiff,        )   **STIPULATION TO CONTINUE STATUS**
12                                  )   **HEARING; [PROPOSED] ORDER**
    vs.                             )
13                                  )
    TRI MINH DAO,                   )
14                                  )
                  Defendant.        )
15  _____  )

16                          **STIPULATION**

17      Defendant Tri Minh Dao, by and through Assistant Federal Public Defender Rita

18  Bosworth, and the United States, by and through Assistant United States Attorney Gary Fry,

19  hereby stipulate that, with the Court's approval, the further status hearing currently set for June

20  29, 2015, at 9:00 a.m., shall be continued to July 20, 2015, at 9:00 a.m.

21      The reason for the requested continuance is that defense counsel has just made an

22  appearance in this case and needs time for effective preparation of counsel.  In addition, defense

23  counsel has a conflict on June 29, 2015, and is unavailable on that date.

24  ///

25  ///

26

Stipulation to Continue Hrg.;
[Proposed] Order
No. CR 13-00580-RMW                      1

1  The parties agree that the time between June 29, 2015, and July 20, 2015, is excludable
2  under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for continuity of counsel and
3  effective preparation by defense counsel.

4  IT IS SO STIPULATED.

5  Dated: June 23, 2015

6                                              s/
                                          RITA BOSWORTH
7                                            Assistant Federal Public Defender
   Dated: June 23, 2015
8

9                                            s/
                                          GARY FRY
                                          Assistant United States Attorney
10

11  [~~PROPOSED~~] **ORDER**

12  GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY
13  ORDERED that the status hearing shall be continued from June 29, 2015 to July 20, 2015 at 9:00
14  a.m.

15  It is further ordered that the time through and including July 20, 2015, shall be excluded
16  from the computation of time within which trial shall commence under the Speedy Trial Act, as
17  the reasonable time necessary for effective preparation of counsel, pursuant to Title 18, United
18  States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

19  IT IS SO ORDERED.

20  Dated: _____, 2015

21                                            THE HONORABLE RONALD M. WHYTE
                                          United States District Court Judge

22

23

24

25

26