1  STEVEN G. KALAR
   Federal Public Defender
2  RITA BOSWORTH
   Assistant Federal Public Defender
3  55 South Market Street, Suite 820
   San Jose, CA  95113
4  Telephone: (408) 291-7753
   rita_bosworth@fd.org
5
   Counsel for Defendant,
6  TRI MINH DAO

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )  No. CR 13-00580 RMW
                                  )
12         Plaintiff,              )  **STIPULATION TO CONTINUE PLEA**
                                  )  **HEARING; [] ORDER**
13 vs.                            )
                                  )
14 TRI MINH DAO,                  )
                                  )
15         Defendant.              )
   _____)

16                        **STIPULATION**

17    Defendant Tri Minh Dao, by and through Assistant Federal Public Defender Rita

18 Bosworth, and the United States, by and through Assistant United States Attorney Gary Fry,

19 hereby stipulate that, with the Court's approval, the change of plea hearing currently set for

20 August 31, 2015, at 9:00 a.m., shall be continued to September 14, 2015, at 9:00 a.m.

21    The reason for the requested continuance is that the parties have not finalized the plea

22 agreement yet.  Mr. Dao does intend to change his plea at the next appearance and the parties

23 have agreed upon terms, but the government is still awaiting final approval of the language of

24 the plea agreement.  In order to assure that Mr. Dao has enough time to review the agreement

25 with counsel prior to his hearing, the parties jointly request a brief continuance.

26

Stipulation to Continue Hrg.;
[] Order
No. CR 13-00580-RMW                       1

1   The parties agree that the time between August 31, 2015, and September 14, 2015, is
2   excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective
3   preparation by defense counsel.
4   IT IS SO STIPULATED.
5   Dated: August 26, 2015

  /s/
  RITA BOSWORTH
  Assistant Federal Public Defender

Dated: August 26, 2015

  /s/
  GARY FRY
  Assistant United States Attorney

## [] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the status hearing shall be continued from August 31, 2015 to September 14, 2015 at 9:00 a.m.

It is further ordered that the time from August 31, 2015, and September 14, 2015, shall be excluded from the computation of time within which trial shall commence under the Speedy Trial Act, as the reasonable time necessary for effective preparation of counsel, pursuant to Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:_____, 2015

_Ronald M. Whyte_
THE HONORABLE RONALD M. WHYTE
United States District Court Judge

S
] Order
No. CR 13-00580-RMW                    2